UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RAFAEL ARTURO VALDEZ,

    Plaintiff,

vs.                                              Case No.:

BAGS, INC., a Florida corporation,
LUGGAGE SERVICES AND LOGISTICS, LLC.,
a Florida Limited Liability Company,
CRAIG C. MATEER, individually,
SONIC SPEED, LLC., a Florida Limited Liability
Company, and KIM MCINTYRE, an individual,

    Defendants.
_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant, Sonic Speed, LLC, a Florida limited liability company, and Kim McIntyre, an individual, by and through undersigned counsel, hereby removes to this Court the state court action described below.

1. On or about December 21, 2015, a Complaint and Demand for Jury Trial was filed in the Eleventh Judicial Circuit, Miami-Dade County, Florida, commencing the matter of <u>Rafael Arturo Valdez v BAGS, INC.</u>, et al., Case number 2015-029584-CA-01.

2. On January 13, 2016, Defendant Kim McIntyre was served with summons for the state court action, which included receipt of a copy of Plaintiff's state court complaint. Being filed within thirty (30) days thereafter, this Notice is timely.

3. On January 29, 2016, Defendant Sonic Speed, LLC was served with summons for the state court action, which included receipt of a copy of Plaintiff's state court complaint.

4. A copy of all process, pleadings and orders served upon Defendants in the state court action are attached hereto as Exhibit "A".

5. The state court action alleges claims of damages within the jurisdiction of this Court, pursuant to 29 U.S.C. Section 201, et seq.

6. The state court action alleges a claim of violation of 429 U.S.C. Section 201, et seq., as well as claims of breach of agreement, Quantum Meruit, Unjust Enrichment, Wage and Hour Federal Statutory and FLSA Relatiation Violation, under Florida law. Accordingly, this action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b), in that it arises under the FLSA. The state claims arise from the same case or controversy, and the same facts as the FLSA claims.

7. The included claims under state law are separate and distinct claims that may be removed with the FLSA claim in accordance with 28 U.S.C. § 1441(c).

8. All Defendants in this action consent to this removal.

**WHEREFORE**, Defendants prays that this action be removed to the United States District Court for the Southern District of Florida, Miami Division.

DATED: February 3, 2016.

/s/ Kenneth S. Gluckman
Kenneth S. Gluckman, Esquire
Florida Bar No.: 61174
1079 W. Morse Blvd., Suite C
Winter Park, Florida 32789
T: 407-956-1000
F: 407-712-2046
kenn@businessgc.com
**Counsel for Defendants**
**Sonic Speed, LLc and Kim McIntyre**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by e-Service to: Peter M. Hoogerwoerd, Esquire by email: PMH@rgpattorneys.com and Waynice A. Green, Esquire by email: WGreen@rgpattorneys.com and Elaine Learner, Esquire, 6751 Forum Drive, Suite 200, Orlando, FL 32821-8089 on this 3rd day of February, 2016.

/s/ Kenneth S. Gluckman
Kenneth S. Gluckman, Esquire