UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   16-20390-CV-KING/TORRES

RAFAEL ARTURO VALDEZ,

    Plaintiff,
v.

BAGS, INC.,
LUGGAGE SERVICES and LOGISTICS, LLC
CRAIG C. MATEER, SONIC SPEED, LLC,
and KIM MCINTYRE

    Defendants.
_____/

## NOTICE SCHEDULING SETTLEMENT CONFERENCE

Pursuant to an Order of Referral for Settlement Conference entered by **Senior U.S. District Judge James Lawrence King**, (D.E. #8), a settlement conference in this matter is scheduled before **United States Magistrate Judge Edwin G. Torres** at the James Lawrence King Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom 5, Miami, FL 33132, on **Wednesday, August 17, 2016 at 1:30 p.m.**[1]

The settlement conference shall be attended by all parties and their counsel of record. Each side shall have a party representative present with full authority to negotiate and finalize any settlement agreement reached.

**DONE** in Miami, Florida, this  30th  day of March 2016.

                STEVEN M. LARIMORE
                CLERK OF COURT

                Maedon Clark
                Deputy Clerk

---

1 The attorneys for both parties are advised to instruct their clients that **NO CELL PHONES** may be brought into the Courthouse by non-attorneys and that they are REQUIRED to bring **PHOTO IDENTIFICATION**.