UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-20390-CIV-KING

RAFAEL ARTURO VALDEZ,

    Plaintiff,

vs.

BAGS, INC., BAGGAGE SERVICES AND
LOGISTICS, LLC, CRAIG C. MATEER,
SONIC SPEED, LLC, and KIM MCINTYRE,

    Defendants.
_____/

## ORDER GRANTING MOTIONS TO COMPEL ARBITRATION AND ADMINISTRATIVELY CLOSING CASE

**THIS MATTER** comes before the Court upon Magistrate Judge Edwin G. Torres' Report and Recommendation (the "R&R") (DE 39), which recommends granting Defendants' Motions to Compel Arbitration (DE 20; DE 21). No objections to the R&R have been filed, and the time to do so has passed.

The Court has performed a *de novo* review of the record and the R&R, and determined that Magistrate Judge Torres' well-reasoned R&R accurately states the law and facts of the case.

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** that Magistrate Judge Edwin G. Torres' Report and Recommendation **(DE 39)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of the Court; Defendants' Motions to

1

Compel Arbitration **(DE 20; DE 21)** be, and the same are, hereby **GRANTED**; and the Clerk shall **ADMINISTRATIVELY CLOSE** this case pending the outcome of arbitration.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 19th day of August, 2016.

JAMES LAWRENCE KING<br>
UNITED STATES DISTRICT JUDGE<br>
SOUTHERN DISTRICT OF FLORIDA

**Cc:** Magistrate Judge Edwin G. Torres
All Counsel of Record